UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DMITRIY YEGOROV,<br><br>　　　　　　　Plaintiff,<br><br>　　　v.<br><br>BEL AIR COMPANY,<br><br>　　　　　　　Defendant. | No.  2:14-cv-1852 MCE CKD PS<br><br><br>ORDER AND<br><br>ORDER TO SHOW CAUSE |

　　　　Plaintiff is proceeding in this action pro se.  Plaintiff has requested authority pursuant to 28 U.S.C. § 1915 to proceed in forma pauperis.  This proceeding was referred to this court by Local Rule 302(c)(21).

　　　　Plaintiff has submitted the affidavit required by § 1915(a) showing that plaintiff is unable to prepay fees and costs or give security for them.  Accordingly, the request to proceed in forma pauperis will be granted.  28 U.S.C. § 1915(a).

　　　　The federal in forma pauperis statute authorizes federal courts to dismiss a case if the action is legally "frivolous or malicious," fails to state a claim upon which relief may be granted, or seeks monetary relief from a defendant who is immune from such relief.  28 U.S.C. § 1915(e)(2).  The complaint does not allege a basis for subject matter jurisdiction in this court. The federal courts are courts of limited jurisdiction.  In the absence of a basis for federal jurisdiction, plaintiff's claims cannot proceed in this venue.  Because there is no basis for federal

1

1 subject matter jurisdiction evident in the complaint, plaintiff will be ordered to show cause why
2 this action should not be dismissed.  Failure to allege a proper basis for subject matter jurisdiction
3 will result in a recommendation that the action be dismissed.

4     Accordingly, IT IS HEREBY ORDERED that:

5     1. Plaintiff's request to proceed in forma pauperis (ECF No. 2) is granted; and

6     2. No later than August 20, 2014, plaintiff shall show cause why this action should not be
7 dismissed for lack of subject matter jurisdiction.

8 Dated:  August 12, 2014

                                    _____
                                    CAROLYN K. DELANEY
                                    UNITED STATES MAGISTRATE JUDGE

11 4 yegorov1852.ifp.nosmj